UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                     CASE NO. 06 B 16975
   SAUL MEDRANO
                                           CHAPTER 13

                                           JUDGE: A. BENJAMIN GOLDGAR
       Debtor
   SSN XXX-XX-3434
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/21/06 and confirmed on 02/23/07.

2. The case was dismissed after confirmation, 08/03/2007.

3. The Debtor paid a total of $    561.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 15115.69 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 12021.00 | .00 | 532.95 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| CALVARY PORTFOLIO SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 623.48 | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CITI | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| CONSUMERS COOP CU | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| KEYNOTE CONSULTING INC | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 27136.69 | .00 | 623.48 | .00 | 27760.17 |
| PRINCIPAL PAID | 532.95 | .00 | .00 | .00 | 532.95 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 532.95 | .00 | .00 | .00 | 532.95 |

The Debtor's attorney, SHAW & FOLEY LLC               , was allowed $   2500.00 and was paid $    826.00   direct and $      .00  through the plan.

The Trustee received $     28.05 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/15/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE  2
        CASE NO. 06 B 16975 SAUL MEDRANO